Form 704-8B
Rev. 1/05

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KUPKA, KYLE J. | ) | Case No. 5-09-52070 |
| KUPKA, MELAINA K. | ) | |
| | ) | |
| Debtor(s) | ) | Chapter 7 |
| | ) | |

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date: 08/09/2010                    /s/ John G. Leake
                                    JOHN G. LEAKE
                                    P O Box 526
                                    Harrisonburg, VA  22803
                                    (540) 434-7425

Date: 08/06/10                                                                                                          Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 5-09-52070 - KUPKA, KYLE J.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Infosource Lp As Agent for<br>World Financial Network National Bank As<br>Ann Taylor<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | 000002 | 619.58 | 2.77 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 000003 | 641.99 | 2.87 |
| PYOD LLC its successors and assigns as<br>assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | 000007 | 896.89 | 4.01 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba OLD NAVY<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000012 | 931.24 | 4.16 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LOWES CONSUMER<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000013 | 683.05 | 3.05 |
| ---------- Remittance Total --------------- | | 3,772.75 | 16.86 |

JOHN G. LEAKE, TRUSTEE

# PROPOSED DISTRIBUTION

Case Number: 5-09-52070 RK  Page 1  Date: August 6, 2010
Debtor Name: KUPKA, KYLE J. \ KUPKA, MELAINA K.

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $1,700.07 |
| | JOHN G. LEAKE COMPENSATION | Admin | | $425.02 | $0.00 | $425.02 | $425.02 | $1,275.05 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | JOHN G. LEAKE EXPENSES | Admin | | $58.44 | $0.00 | $58.44 | $58.44 | $1,216.61 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | DALE A DAVENPORT ESQ | Admin | 001 | $567.00 | $0.00 | $567.00 | $567.00 | $649.61 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | DALE A DAVENPORT ESQ | Admin | 001 | $16.72 | $0.00 | $16.72 | $16.72 | $632.89 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | Clerk US Bankruptcy Court | Admin | 999 | $250.00 | $0.00 | $250.00 | $250.00 | $382.89 |
| | | | Percent Paid: 100.00000 % | | | | | |
| 000001 | Discover Bank | Unsec | 070 | $9,373.32 | $0.00 | $9,373.32 | $41.87 | $341.02 |
| | | | Percent Paid: 0.44669 % | | | | | |
| 000002 | American Infosource Lp As Agent for | Unsec | 070 | $619.58 | $0.00 | $619.58 | $2.77 | $338.25 |
| | | | Percent Paid: 0.44708 % | | | | | |
| 000003 | Chase Bank USA, N.A. | Unsec | 070 | $641.99 | $0.00 | $641.99 | $2.87 | $335.38 |
| | | | Percent Paid: 0.44705 % | | | | | |
| 000005 | PYOD LLC its successors and assigns as assignee of | Unsec | 070 | $22,969.83 | $0.00 | $22,969.83 | $102.61 | $232.77 |
| | | | Percent Paid: 0.44672 % | | | | | |
| 000006 | PYOD LLC its successors and assigns as assignee of | Unsec | 070 | $17,607.35 | $0.00 | $17,607.35 | $78.65 | $154.12 |
| | | | Percent Paid: 0.44669 % | | | | | |
| 000007 | PYOD LLC its successors and assigns as assignee of | Unsec | 070 | $896.89 | $0.00 | $896.89 | $4.01 | $150.11 |
| | | | Percent Paid: 0.44710 % | | | | | |
| 000008 | PYOD LLC its successors and assigns as assignee of | Unsec | 070 | $2,437.58 | $0.00 | $2,437.58 | $10.89 | $139.22 |
| | | | Percent Paid: 0.44675 % | | | | | |
| 000009 | Fia Card Services, NA/Bank of America | Unsec | 070 | $5,737.52 | $0.00 | $5,737.52 | $25.63 | $113.59 |
| | | | Percent Paid: 0.44671 % | | | | | |
| 000010 | Fia Card Services, NA/Bank of America | Unsec | 070 | $21,577.85 | $0.00 | $21,577.85 | $96.39 | $17.20 |
| | | | Percent Paid: 0.44671 % | | | | | |
| 000011 | Recovery Management Systems Corporation | Unsec | 070 | $2,236.30 | $0.00 | $2,236.30 | $9.99 | $7.21 |
| | | | Percent Paid: 0.44672 % | | | | | |
| 000012 | Recovery Management Systems Corporation | Unsec | 070 | $931.24 | $0.00 | $931.24 | $4.16 | $3.05 |
| | | | Percent Paid: 0.44672 % | | | | | |
| 000013 | Recovery Management Systems Corporation | Unsec | 070 | $683.05 | $0.00 | $683.05 | $3.05 | $0.00 |
| | | | Percent Paid: 0.44653 % | | | | | |

# PROPOSED DISTRIBUTION

| Case Number: 5-09-52070   RK | Page 2 | Date: August 6, 2010 |

Debtor Name: KUPKA, KYLE J. \ KUPKA, MELAINA K.

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $87,029.68 | $0.00 | $87,029.68 | $1,700.07 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

*[signature]*   8/6/10

PROPDISA

Printed: 08/06/10 10:36 AM   Ver: 15.10d